UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 4:01-cr-21-03-RLY-MGN |
| | ) | |
| JOSHUA CONLEY, | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Michael G. Naville's Report and Recommendation that Defendant's supervised released be revoked, pursuant to 18 U.S.C. § 3401(i), Rule 32.1(a)(1) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3583(e), the court now approves and adopts the Report and Recommendation as the Entry of the court.

**SO ORDERED** this  7th  day of December 2012.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.